Clyde McGRIFF, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS and Gateway Rehabilitation Center, Inc., Appellees.

No. 40 WAP 2006.

Supreme Court of Pennsylvania.

June 12, 2008.

### ORDER

PER CURIAM.

AND NOW, this 12th day of June, 2008, the Application to Dismiss the Appeal as Moot is **GRANTED**.